UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION



LUTHER GREGG                                                                                    PLAINTIFF

VS.                                                          CIVIL ACTION NO. 5:07-cv-51 DCB-JMR

MICHAEL D. MARTIN AND
SCHNEIDER NATIONAL CARRIERS, INC.                                          DEFENDANTS

### AGREED JUDGMENT OF DISMISSAL WITH PREJUDICE

THIS CAUSE, having come before the Court on the joint motion *ore tenus* of the Plaintiff, Luther Gregg, and the Defendants, Michael D. Martin and Schneider National Carriers, Inc., for a dismissal with prejudice of the instant civil action, and being aware of the premises, the Court finds that the Motion is well-taken and should be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the civil action *Luther Gregg vs. Michael D. Martin and Schneider National Carriers, Inc.; U.S. District Court, Southern District of Mississippi, Western Division; Civil Action No. 5:07-cv-51 DCB-JMR*, is hereby dismissed with prejudice, with each side to bear their own costs.

SO ORDERED AND ADJUDGED, this the 25th day of September, 2008.

_____
UNITED STATES DISTRICT JUDGE

APPROVED AS TO FORM AND CONTENT:

_____
Don H. Evans, Esq.
Attorney for the Plaintiff

_____
David C. Dunbar, Esq.
Attorney for the Defendants